IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| YELLOWSTONE ELECTRIC CO., <br><br> Plaintiff, <br><br> vs. <br><br> CROSSHARBOR CAPITAL PARTNERS LLC; LONE MOUNTAIN LAND COMPANY, LCC; and SP HOTEL OWNER, LLC, <br><br> Defendants. | CV 22–52–BU–DLC <br><br><br> ORDER |

Plaintiff Yellowstone Electric Co., by and through its attorney Cherche Prezeau, moves this Court for the admission of John M. Mastin, Jr. and Parker A. Lewton *pro hac vice* in the above-captioned matter. (Docs. 2–3.) Ms. Prezeau intends to act as local counsel. (*Id.*) The applications appear to be in order.

Accordingly, IT IS ORDERED that Mr. Mastin's and Mr. Lewton's motions to appear *pro hac vice* (Docs. 2–3) are GRANTED on the condition that they do their own work. This means that Mr. Mastin and Mr. Lewton must: (1) do their own writing; (2) sign their own pleadings, motions, and briefs; and (3) appear and participate personally. Mr. Mastin and Mr. Lewton shall take steps to register in the Court's electronic filing system (CM-ECF). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

1

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Mastin and Mr. Lewton file a separate pleading acknowledging their admission under the terms set forth above within fifteen (15) days of this Order.

DATED this 27th day of July, 2022.

_____
Dana L. Christensen, District Judge
United States District Court