UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| YELLOWSTONE ELECTRIC CO.,<br><br>Plaintiff,<br><br>vs.<br><br>CROSSHARBOR CAPITAL PARTNERS, LLC, LONE MOUNTAIN LAND COMPANY, and SP HOTEL OWNER LLC,<br><br>Defendant. | Case No. CV-22-052-BU-DLC<br><br>JUDGMENT IN A CIVIL CASE |

      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 **X**   **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

      IT IS ORDERED AND ADJUDGED that, pursuant to the Court's Order of March 9, 2023 (Doc. 33), this case is DISMISSED WITHOUT PREJUDICE.

      Dated this 9th day of March, 2023.

                                TYLER P. GILMAN, CLERK

                                By: /s/ Sarah Nagy
                                Sarah Nagy, Deputy Clerk